UNITED STATES DISTRICT COURT
~~EASTERN DISTRICT OF NEW YORK~~
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2019 JUN 28 AM 11: 34
S.D. OF N.Y.

Nagibe ALhaj
Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND
YES _____ NO ✗

-against-

Kirby Fornsice phchetric center
K-F-P-C
wards Island complex ~~east~~ 4 west
600 East 125th street
New York, NY 10035-6095
T 646 672-6819 or Brather 1 716 563-0720

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Nagibe H- ALhaj

If you are incarcerated, provide the name of the facility and address:

Kirby forensic psychiatric center
wards island complex 2east
600 East 125th st New York, NY 10035

Prisoner ID Number: 702 987

1

If you are not incarcerated, provide your current address:

K.F.P.C 600 East 125th str NY-N-Y 10035
or 271 Ludington street
Buffalo, NY 14206 Sister Address

Telephone Number: 716 818 5188 or K-F-p-c 646 672 6819

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1
Full Name: Louis Acosta
Job Title: Patient
Address: K.F.P.C 600 East 125th St New York, NY 10035

Defendant No. 2
Full Name: Dxon
Job Title: patient
Address: K.F.p.c K.F.p.c 600 East 125 street New York, NY 10035

Defendant No. 3
Full Name:
Job Title:

2

Address _____

Defendant No. 4

Full Name _____

Job Title _____

Address _____

Defendant No. 5

Full Name _____

Job Title _____

Address _____

II.   **Statement of Claim:**

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur?  4 west Day room And A bathroom

When did the events happen? (include approximate time and date)

in 6/10, 2019 8 pm, 6/14, 2019 patient louis Anther date is 6/12, 2019 pm tusday, 18, 2019 7:15 Am

4- salt shorges

3

letter About one manth in have ms rager came And. open the phone for me - 6/10/2019 8pm

He mr lous Acosta came - closs to me And. he dispaer from me And. was bahind me he pansh me in my right ear as aslatein me

second. mr Dxon was slepped me in my left faice Date 6/12/19 pm

And. Louis AQosta he poste be one on one he grab my cofe And. pansh me pack so the tretment teem sea I hare to devens my salfe.

And. mr Dxon he disnt lowit to pe in the man Batherom he have abetherom by him selfe. he pansh me And. cot me in my fout hid And. my tham I was reported. fallow dates 4 time aslted. from the Dimn sttation Dr mosaeleit Date tusday 18/ 2019

بسم الله الرحمن الرحيم

I have ben violated in K.F.P.C.OMH.
Win I came to the hospitel Dr Saklig
was toachin my. frist privecey
secend I was hous in 3east wine I
come to the hospitel with good.
Treet ment pleas I go to 2east
have starte patient freefor tea, rinold,
peat me up in the prayer. is a muslime man
in 2east and thin the Drs move me
to 2west in the shower Alin times
cors me out oll my finely And coll
me a Horis And he was coming to
inside the chawer with me. And.
senor parsin was there win I was colling
her. And Anather patient horassed
me. And theatened to hange up the phone
it was SHTA so wat haping ms mo
And they send me back to 2east
letter 8 sept 4,2018 in K.F.p.C.
win I feild from the bed. 3 times
the embelinse tock me to pronx lapahan
Hospitel center And prom that time
in KPPC I have ben Disrospected from
Doctors. SHTA - sainer tayler Dr mosadent
                                mosaideit

sonortayler Dropping my level all time
Dr mosa ideit the Diminstration
she send my sister And Brather Back
To Buffalo, ny win the eame to visit me
win I have a surgery in my Back
broking Disc.
And. thecrened And. removed. pricelidge
And. phone restreted for 2 manth
no lawyer eontact no jastice center
eoll in the hospitel R.F.P.C
I have a thatenedfrom SHta ms Raller
And no Aducation from 2east to 3east
after speaking About the policy inthe wold
they took me tothe Quitroom in injected
me two times one time by the
Diminstration nurse ms habeeb And SHTA
bleding all in my clothes SHTA
mr eanten rise me the finger two
time following incident And removed
me to 4 wast win I have Date 4/12/2019
No phone use to my lawyer or
Jastice cente hote line so
letter date mosa

Facts: (what happened?) Heilla in 6/10/2019 pm mr- Louis, Aosta He was coming to me. And I watch him so bad I sia what sope. he Desipeer from me in it was behand my Back he thera a pansh in my right ear. I thank Allah that drame never pop SHTA was thate second time het my prom my Back thats to selten shorget he post pc Qin Q bat nat it was in 6/14/2019 8:30 pm  
 second. pation Dron slapped me in my face wan I watch the fightin the hall way SHTA was there second. cat me or scratsh me in forhead And the left thumb fenger the fife finger cat one inch in aquater 1/4 inch I was is fakVorder so the doctor psychiatret move me Imediately To Back in 2east unit with inger and. hert from women man Dron And Louis paytiones in 4west unit.

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

yes ear And hand cat from 2 patient  
 yes medical treatment for the injuries

4

III.  Relief: State what relief you are seeking if you prevail on your complaint.

20,000,00 twenty thouzen dallars for my slcope in selting me as panshmeint pation see to be in ward's 4 west.

I declare under penalty of perjury that on 6/21/2019, I delivered this
                                            (date)
complaint to prison authorities at nagibe Alhaj to be mailed to the United
                                    (name of prison)
States District Court for the ~~Eastern~~ District of New York.
                              Sothern

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/20/2019        nagibe Alhaj
                        Signature of Plaintiff

                        K - F - P - C
                        Name of Prison Facility or Address if not incarcerated

                        wards island complex 2east
                        600 East 125th street
                        new york, new york 10035
                        Address

                        702987
                        Prisoner ID#

rev. 12/1/2015

5

Nagibe Alhaj
MANHATTAN PSYCHIATRIC CENTER
KIRBY FORENSIC PSYCHIATRIC CENTER
WARDS ISLAND COMPLEX   2 east
NEW YORK, NEW YORK  10035-6095

RECEIVED
SDNY PRO SE OFFICE
2019 JUN 28  AM 11:31
S.D. OF N.Y.

1000781930 C014

whit
Sout
500
New
# pr