USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAGIBE AL-HAJ,

                 Plaintiff,

-against-

KIRBY FORENSIC PSYCHIATRIC CENTER
O-M-H,

                 Defendant.
------------------------------------------------------------X

19 Civ. 6072 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference to discuss Plaintiff's Amended Complaint and next steps in this case is scheduled for December 10, 2019, at 10:30 a.m. It is hereby

**ORDERED** that, due to a conflict in the Court's trial schedule, the December 10, 2019, 10:30 a.m. conference will instead take place on **Monday, December 9, 2019, at 5:15 p.m.** Defendant may attend the conference by telephone. If both parties call in, (i) Defendant shall file a letter by **December 6, 2019**, stating so and (ii) the parties shall jointly call the Court from one line at 212-805-4553. If only Plaintiff calls in, Plaintiff shall call that number by himself.

Defendant shall convey the substance of this Order to Plaintiff to help ensure that Plaintiff makes arrangements for the rescheduled conference. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: December 5, 2019
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**