```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------X  ELECTRONICALLY FILED
                                                   DOC #:_____
NAGIBE AL-HAJ,                                  :  DATE FILED: 1/6/2020
                          Plaintiff,            :
                                                :  19 Civ. 6072 (LGS)
            -against-                           :
                                                :         ORDER
KIRBY FORENSIC PSYCHIATRIC CENTER               :
O-M-H,                                          :
                          Defendant.            :
                                                :
------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court is in receipt of Plaintiff's attached Second Amended Complaint ("SAC"), which Plaintiff mailed to Chambers. It is hereby

**ORDERED** that the SAC is deemed timely filed as of today, January 6, 2020. The Clerk of Court is respectfully directed to: (1) to designate the attached SAC as the "Second Amended Complaint" on the docket and (2) to mail a copy of this Order to pro se Plaintiff.

Dated: January 6, 2020
       New York, New York

_____
        LORNA G. SCHOFIELD
     **UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED 2019 DEC 26 AM 9:35 U.S. CLERK'S OFFICE COURT OF APPEALS

Nagibe Alhaj
_____
Write the full name of each plaintiff.

No. 19 cv 06072
(To be filled out by Clerk's Office)

**SECOND AMENDED COMPLAINT**
(Prisoner)

-against-

Shantean Watkins -
Ronald Laporte Richard
Akuamoah - Dabel - Dhuent lepinanse
Sther Senior taler And Dr mosat

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

Do you want a jury trial?
☐ Yes  ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/6/16

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☒ Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Nasibo    H    Alhaj
First Name    Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

702 987
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Kirby f-p-c omh-
Current Place of Detention

600 East 125th street
Institutional Address

New York, New York    10035-6095
County, City        State    Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☒ Other: K-f-p-c-

Kirby Forensic psychiatric center
wards Island complex Dept
600 East 125th Street
New York, NY 10035    646-672-6819

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: Shantea Watkins    SHTA
First Name    Last Name    Shield #

SHTA
Current Job Title (or other identifying information)

R-F-P-C  OMH
Current Work Address

600 East 125th st  new york, NY 10035
County, City    State    Zip Code

Defendant 2: Ronald Laporte    SHTA
First Name    Last Name    Shield #

SHTA
Current Job Title (or other identifying information)

R-F-P-C  OMH
Current Work Address

600 East 125th st  NY NY 10035
County, City    State    Zip Code

Defendant 3: Senior SHTA Richard Akuamoah
First Name    Last Name    Shield #

R-F-P-C
Current Job Title (or other identifying information)

600 East 125th st
Current Work Address

New York, New York 10035
County, City    State    Zip Code

Defendant 4: SHTA Ronald Laporte
First Name    Last Name    Shield #

Dr mosat - senior teler
Current Job Title (or other identifying information)

600 East 125th st rear
Current Work Address

New York, New York 10035
County, City    State    Zip Code

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 12/17/2019
Plaintiff's Signature: Nasibe Alhaj

First Name: Nasibe
Middle Initial: H.
Last Name: Alhaj

Prison Address: K-F-P-C OMH

County, City: 600 East 125th Street New York
State: NY
Zip Code: 10007

Date on which I am delivering this complaint to prison authorities for mailing: 12-17-2019

Page 6

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _KFPC 4/west_

Date(s) of occurrence: _June 6·12·2019  8:30 pm_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I know when the sener tele And Ms Drmosal pot me in 4west for no recen with phone restrected even from the sosel worker to call my fimily to newyork states then that time I was in 4west like its happing at 6-10 2019 8:00 pm mr. Louis acosta was infurent of me loking it me I sead what soup. he sea wat soup And dispeer from me And he was behind me my Back And I se the staus have a throw A pansh· in my right ear I se the stars And amoon in my head And wating for 3 or 6 panshit. to my head. stita And shautoak wathing And Ronald Laporte And richard Akkamoah, emmanuel Goosby. And chrit Yves Dabel - Denise williams And Derrik wilder Arthur canton And melvin massy Tyra Boone letter. 6·12·2019 pm. I was what shing afiet in the hollwas And mr Dxon slepped me inthe my fais I have peing assaults 4 times from patient Louis Acosta And Dexen Louis Acosta he post be in mausic Room order from Doctors And Dexen he was in out from clr Batheroom how long I be watshing my

Page 4

so if you oher I have Beng assaults And cat in lift hand thankyou

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

In seres cet in my hand. slepped panshing me I have Beeng hert from Dr nusqt liter with no Les the phone to call my layer order from Sener tieler And no Jastis center call. restreckted.

### VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I need 10-000-00 daller for my panshment

19-cv-6072 (LGS)   بسم الله الرحمن الرحيم   12-16, 2019

Hillo And good morning in the Name of allah.
Dear united state court of Appeal
your onar all this names is correct
And its Happen from Dr Moset to lied
And put me in 4 west And senior ms twiler
also no phone call to my lawer And
Jastic center call And I have ingerd in 4 west
the two painte assult me And they
no every thing in ms paper
And look inet thank you
Nagibe Alhaj 646 672 6819

RECEIVED 2019 DEC 23 AM 8:43 CLERK'S OFFICE U.S. COURT OF APPEALS

19 cv 0672



12-9-2019

## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6165

October 4, 2019

By ECF

Honorable Lorna G. Schofield
United States District Judge
United States District Court
Thurgood Marshall United State Courthouse
40 Foley Square
New York, NY  10007

    Re:    *Nagibe Al-Haj v. Kirby Forensic Psychiatric Center, et al.*
            19-CV 6072 (LGS)

Dear Judge Schofield:

    I write in response to the Court's request in its Order of Service dated August 7, 2019 that this Office ascertain the identities of the SHTAs who were present during the alleged patient assaults on Plaintiff that occurred on June 10, 2019 at approximately 8:00 pm, June 14, 2019 at approximately 8:30 pm, June 12, 2019 in the p.m., and June 18, 2019 at approximately 7:15 am.

    The information available to this Office indicates that on June 9, 2019, Plaintiff was assaulted by another patient. The SHTAs present in the dayroom at the time were Shanteau Watkins and Ronald LaPorte. The Senior SHTA assigned at the time was Richard Akuamoah. On June 12, 2019, Plaintiff was assaulted by another patient. SHTAs Ronald LaPorte, Emmanuel Goosby, and Chrit-Yves Dabel were working at the time. The Senior SHTA assigned at the time of the incident was also Richard Akuamoah. On June 14, 2019, Plaintiff was involved in an altercation with another patient in the Day Room. SHTAs Denise Williams and Duvens Lepinasse were in the Day Room at the time. The Senior SHTA assigned at the time was Derrick Wilder. On June 18, 2019, Plaintiff was involved in another altercation with a patient. SHTAs Arthur Canton, Derek Davis, and Melvin Massy were in the Day Room at the time of this incident. The Senior SHTA assigned at the time was Tyra Boone.