UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2020

-----------------------------------------------------------X

NAGIBE AL-HAJ,                                         :

                                        Plaintiff,     :

                                                       :

                    -against-                          :          19 Civ. 6072 (LGS)

                                                       :

KIRBY FORENSIC PSYCHIATRIC CENTER        :          ORDER OF SERVICE

O-M-H,                                                 :

                                        Defendant.     :

-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Second Amended Complaint (the "SAC") was filed on January 6, 2020;

      WHEREAS, Plaintiff is proceeding *pro se* and *in forma pauperis*. It is hereby

      **ORDERED** that, because Plaintiff is entitled to rely on the U.S. Marshals Service to effect service, the Clerk of Court is respectfully directed to transmit completed USM-28 forms to the U.S. Marshals, so the SAC can be served on each Defendant (Dkt. No. 29). Defendants, as listed in SAC caption and body, are: **Shanteau Watkins, Ronald LaPorte, Richard Akaukmoah, Duvens Lepinasse, "Dabel" (Chrit-Yves Dabel), Senior Taler, Dr. Mosat, Emmanuel Goosby, Derrick Wilder, Denise Williams, Tyra Boone, Arthur Canton, Melvin Massy, Tyra Boone**. Each Defendant can be served at: **Kirby Forensic Psychiatric Center, 600 E 125th St, New York, NY 10035**. The Clerk of Court is further respectfully directed to (1) amend the list of Defendants on the docket to match the list above and (2) mail a copy of this Order to Plaintiff. It is further

      **ORDERED** that, to the extent Defendants' counsel identifies the full names or correct spellings of some Defendants listed above -- for example, the Amended Complaint repeatedly refers to "Dr. Mosat" and "Senior Taler," not listed in the *Valentin* Order letter (Dkt. No. 11) -- they shall advise the Court by letter.

Dated: January 6, 2020
     New York, New York

                               **LORNA G. SCHOFIELD**
                          **UNITED STATES DISTRICT JUDGE**