```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
NAGIBE AL-HAJ,                                                      :
:
          Plaintiff,                                                :
:         19-cv-6072 (LJL)
     -v-                                                            :
:         ORDER
RICHARD AKAUKMOAH, ET AL,                                           :
:
          Defendants.                                               :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has received letters from Mr. Al-Haj advising that he missed a conference because of sickness. (Dkt. Nos. 64, 65.) The Court is not aware of any recent conferences that Mr. Al-Haj has missed.

      The Court has, however, received Defendants' motion to dismiss Mr. Al-Haj's second amended complaint. (Dkt. No. 52.) The Court has also received a reply memorandum from Defendants (Dkt. No. 62), which characterizes Mr. Al-Haj's May 20, 2020 letter (Dkt. No. 60) as an opposition to that motion.

      IT IS HEREBY ORDERED that all parties appear for a telephone conference on August 24, 2020 at 2:00 p.m. The parties are directed to call (888) 251-2909 and use access code 2123101. Defendants' counsel is ORDERED to confer with the facility at which Mr. Al-Haj currently resides and confirm that all necessary steps are taken to ensure that Mr. Al-Haj may participate in this conference.

      SO ORDERED.

Dated: July 22, 2020
      New York, New York                                    LEWIS J. LIMAN
                                                          United States District Judge