UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                 :

NAGIBE AL-HAJ,                                                    :

                Plaintiff,             :

                                 :

        -v-                                                   :

                                 :

RICHARD AKUAMOAH, ARTHUR CANTON, TYRA      :
BOONE, CHRIT-YVES DABEL, EMMANUEL          :
GOOSBY, RONALD LAPORTE, DUVENS             :
LESPINASSE, MELVIN MASSY, DR. CRISTINA     :
MUSAT, SONTE TAYLOR, SHANTEAU WATKINS,     :
DERRICK WILDER, DENISE WILLIAMS,           :

                                 :

               Defendants.           :

                                 :

------------------------------------------------------------------------X

19-cv-6072 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/11/2021__

LEWIS J. LIMAN, United States District Judge:

      On March 15, 2021, the Court entered an Opinion and Order dismissing Plaintiff's case
for failure to state a claim and giving him 90 days to file an amended complaint.  Dkt. No. 70.
Because Plaintiff has not filed an amended complaint within the allotted time, the action is
dismissed with prejudice.  The Clerk of Court is respectfully directed to close the case.

      SO ORDERED.

Dated: August 11, 2021
       New York, New York          _____
                                   LEWIS J. LIMAN
                           United States District Judge